In the Matter of the Judicial Settlement of the Account of Proceedings of RICHARD T. GREENE, as Executor, etc., of MARY E. BROWN, Deceased.— Decree affirmed, with costs to both parties to this appeal payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HERBERT HOWARD, Appellant, v. UNION RAILWAY COMPANY OF THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LUELLA HOWARD, Appellant, v. UNION RAILWAY COMPANY OF THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THOMAS PURGOLD, as Sole Surviving Partner, etc., Respondent, v. J. L. HACHTMANN & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARIA ROGERS, as Administratrix, etc., of MICHAEL ROGERS, Deceased, Respondent, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $28,389.95; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH F. C. LUHAN, Appellant, v. CHARLES SLAVIK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES S. SHOTWELL, Respondent, v. EDWARD DEVLIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHELSEA EXCHANGE BANK, Respondent, v. MORRIS TOBIAS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS KASSVAN and Another, Doing Business as KASSVAN & MANCHER, Respondents, v. PHILIP A. SINGER and Another, Doing Business as PHILIP A. SINGER & BRO., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CARL D. RITZWOLLER, Appellant, v. GUSTAV LURIE, Impleaded with GUS LURIE & Co., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES BRIGHT, Appellant, v. JOHN D. ROCKEFELLER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LILLIE MALLOY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES J. MALLOY, Respondent, v. THE CITY OF NEW YORK, Appellant.—Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.